IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Waller, Kimdric M | Case Number:  08 B 04356 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/30/08 | Filed:  2/26/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: August 14, 2008
Confirmed: April 24, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 775.00 | |
| Secured: | | 450.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 274.62 |
| Trustee Fee: | | 50.38 |
| Other Funds: | | 0.00 |
| Totals: | 775.00 | 775.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,346.50 | 274.62 |
| 2. | Barclays Capital Real Estate | Secured | 0.00 | 0.00 |
| 3. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 2,800.00 | 30.00 |
| 5. | CitiFinancial Auto Credit Inc | Secured | 24,221.08 | 375.00 |
| 6. | Great American Finance Company | Secured | 1,708.00 | 45.00 |
| 7. | Barclays Capital Real Estate | Secured | 7,155.51 | 0.00 |
| 8. | HomEq Servicing Corp | Secured | 2,389.47 | 0.00 |
| 9. | RMI/MCSI | Unsecured | 75.00 | 0.00 |
| 10. | CitiFinancial Auto Credit Inc | Unsecured | 178.31 | 0.00 |
| 11. | Americas Financial Choice Inc | Unsecured | 128.31 | 0.00 |
| 12. | Cook County Treasurer | Unsecured | 193.61 | 0.00 |
| 13. | Collection Company Of America | Unsecured | | No Claim Filed |
| 14. | AFNI | Unsecured | | No Claim Filed |
| 15. | American Collection Corp | Unsecured | | No Claim Filed |
| 16. | Cbe Group | Unsecured | | No Claim Filed |
| 17. | American Collection Corp | Unsecured | | No Claim Filed |
| 18. | ACC Consumer Finance | Unsecured | | No Claim Filed |
| 19. | Detroit Edison | Unsecured | | No Claim Filed |
| 20. | Wells Fargo Bank | Unsecured | | No Claim Filed |
| 21. | MRSI | Unsecured | | No Claim Filed |
| 22. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 23. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 24. | UNVL/CITI | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Waller, Kimdric M | Case Number: 08 B 04356 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/30/08 | Filed: 2/26/08 |

$ 42,195.79   $ 724.62

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 50.38 |

$ 50.38

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_